FISHER, Appellant, v. OGDEN, Respondent. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Frank Fisher against Levi Ogden. No opinion. Judgment affirmed, with costs. See 43 N. Y. Supp. 111.

FLOUR CITY NAT. BANK, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by the Flour City National Bank against Merritt A. Baker. No opinion. Judgment affirmed, with costs.

FREDENBERG, Respondent, v. CITY OF SYRACUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Hiram E. Fredenberg, as executor, against the city of Syracuse, the People's Railroad Company, etc. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as to damages to $7,000, in which case the judgment and order as so modified affirmed, without costs to either party of this appeal.

GALINGER, Respondent, v. HAMMERSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by George W. Galinger against Oscar Hammerstein. No opinion. Judgment and order affirmed, with costs.

GALPEN v. SALVIN. (Supreme Court, Appellate Division, First Department. March 11, 1898.) Action by Horace Galpen against Paul Salvin. No opinion. Motion granted, with $10 costs.

GARREPY, Respondent, v. DONOVAN, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Maurice E. Garrepy against William Donovan. No opinion. Order affirmed, with $10 costs and disbursements.

GIFFORD, Respondent, v. SEELY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Orville Gifford against James L. Seely. No opinion. Order reversed, with costs and disbursements, and motion granted, with $10 costs to abide the event.

GIFFORD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Fernando Gifford against Truman Smith. No opinion. Judgment affirmed, with costs.

GIOR et al., Respondents, v. KELLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Edward P. Gior and another against James W. H. Kelly. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event.

GRANT v. SMITH. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Charles S. Grant against Adam B. Smith. No opinion. Motion to dismiss appeal granted.

GREEN, Appellant, v. HORNELLSVILLE & C. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Victoria A. Green against the Hornellsville & Canisteo Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied. All concur, except WARD, J., not voting. See 48 N. Y. Supp. 576.

GREEN, Respondent, v. SECOND AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Peter Green against the Second Avenue Railroad Company, impleaded with Otto Herzog. No opinion. Order affirmed, with $10 costs and disbursements.

GRIFFIN, Appellant, v. BARTON, Respondent. (Supreme Court, Appellate Division, Third Department. March 21, 1898.) Action by Jed H. Griffin against William Barton. No opinion. Judgment affirmed, with costs. See 47 N. Y. Supp. 121, and 49 N. Y. Supp. 1021.

GRIMM, Respondent, v. GRIMM, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1898.) Action by Amelia Grimm against Paul Grimm. No opinion. Order affirmed, with $10 costs and disbursements.

In re HARPER. (Supreme Court, Appellate Division, First Department. February 18, 1898.) In the matter of Nancy M. Harper. T. Cleveland, for appellant. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Joseph Harris against Frederick Schmidt. No opinion. Judgment and order affirmed, with costs.

HARRISON et al., Appellants, v. VILLAGE OF EAST SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Philip Harrison and others against the village of East Syracuse. No opinion. Motion for reargument denied, with $10 costs. See 48 N. Y. Supp. 1106.